SCOTT MALEC et al., Respondents, v MICHAEL SNYDER-MAN, M.D., Appellant. (Appeal No. 2.) [849 NYS2d 869]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered October 16, 2006 in a personal injury action. The order, insofar as appealed from, upon reargument, adhered to the court's prior decision in appeal No. 1.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Pine, JJ.